UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:22-cv-00408 JAK (AFM)                                      Date:  July 22, 2022

Title     Andrew Kramer v. State of California

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order re Dismissal of Action**

The Clerk is directed to treat Petitioner's letter for a voluntary dismissal (ECF No. 22) as a notice of dismissal under FED. R. CIV. P. 41(a).  Accordingly, the action is dismissed without prejudice.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |